

| | |
|---|---|
| Larry J. Tarabicos | Daniel F. McAllister |
| Geoffrey L. Grosso | dan@tarabicosgrosso.com |
| Michael J. Hoffman | (o) 302-757-7816 |
| Scott L. Matthews | (c) 302-598-1123 |
| Daniel F. McAllister | |
| Lauren R. Otto (GA, PA, and DE Certified Limited Practice Licensee) | One Corporate Commons |
| Noah D. Chamberlain | 100 West Commons Boulevard |
| Maria R. Madison (IL and NE only) | Suite 415 |
| Cameron P. Wolfson (PA only) | New Castle, DE 19720 |
| Peter A. Yingst (Certified Limited Practice Licensee) | 302-757-7800 |
| | www.tarabicosgrosso.com |

November 24, 2021

**VIA PACER**

The Honorable Stephanos Bibas
U.S. Court of Appeals
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: ***Twin Spans Business Park, LLC and HDC, Inc. v. Cincinnati Insurance Company*** **C.A. No.: 1:19-cv-00476-SB-SRF**

Dear Judge Bibas:

  I write on behalf of all parties, jointly, to advise the Court that, with the conscientious and very much appreciated guidance and assistance of Judge Fallon yesterday, the parties were able to reach an amicable resolution of this matter today. As such, the trial scheduled for December 6, 2021 will not be going forward and all pending dates may be stricken.

  The parties expect to finalize the settlement agreement next week and to file a stipulation of dismissal prior to the end of the year.

  Undersigned counsel is available at the convenience of the Court should Your Honor have any questions or concerns.

            Respectfully submitted,

            */s/ Daniel F. McAllister*

            Daniel F. McAllister
            Bar ID: 4887

The Hon. Stephanos Bibas
November 24, 2021
Page 2
_____

cc: Laurence Tooth, Esq. (via Pacer)
 Edward Fogarty, Esq. (via Pacer)
 Josiah Wolcott, Esq. (via Pacer)
 Daniel G. Litchfield, Esq. (via Pacer)

00057027.DOCX.